563 U.S. 1001, 131 S. Ct. 2441, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3604.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. Justice Kennedy took no part in the consideration or decision of this petition.

Same case below, 587 F.3d 464.

**No. 10-757. Michael Newdow, et al., Petitioners v. John G. Roberts, Jr., Chief Justice of the United States, et al.**

563 U.S. 1001, 131 S. Ct. 2441, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3573.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 390 U.S. App. D.C. 273, 603 F.3d 1002.

**No. 10-778. Binyam Mohamed, et al., Petitioners v. Jeppesen Dataplan, Inc., et al.**

563 U.S. 1002, 131 S. Ct. 2442, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3575.

Same case below, 614 F.3d 1070.

**No. 10-872. Shawn Freeman, Petitioner v. United States.**

563 U.S. 1002, 131 S. Ct. 2443, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3582.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 617 F.3d 873.

**No. 10-1089. James M. Kinder, Petitioner v. Allied Interstate, Inc., et al.**

563 U.S. 1002, 131 S. Ct. 2447, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3623.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, is denied. The Chief Justice took no part in the consideration or decision of this petition.

**No. 10-1090. MedioStream, Inc., Petitioner v. Acer America Corporation, et al.**

563 U.S. 1002, 131 S. Ct. 2447, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3621.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit is denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 626 F.3d 1252.